

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00439-CV

**IN RE** James Clinton **COYLE**, Janice Presley Coyle a/k/a Janice Presley and Cody Presley

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice
                  Liza A. Rodriguez, Justice

Delivered and Filed: July 17, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On June 28, 2019, relators filed a petition for writ of mandamus, in which relators requested a stay of "any and all enforcement." After considering the petition, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The request for a stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 17-12-24620-CV, styled *Coyle Family Farm, Inc., et al. v. James Clinton Coyle, et al.*, pending in the 38th Judicial District Court, Medina County, Texas, the Honorable H. Paul Canales presiding.